IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

ANALYTIC STRESS RELIEVING, INC.                              PLAINTIFF

VS.                                                      Case No. 1:09cv747-HSO-JMR

STEADFAST INSURANCE COMPANY                           DEFENDANT

## FINAL JUDGMENT OF DISMISSAL WITH PREJUDICE

It appearing to the Court from statements of counsel that all things and matters in controversy between the parties hereto have been fully and finally compromised and settled, it is, therefore, ORDERED that this action be, and the same is hereby dismissed with prejudice, with each party to bear its own costs, including discretionary costs.

SO ORDERED on this the 2nd day of December, 2010.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE


AGREED TO AND APPROVED:

s/ Robert H. Tyler
Robert H. Tyler, MS Bar No. 8168
Attorney for the Plaintiff


s/ Jeffrey S. Dilley
Jeffrey S. Dilley, MS Bar No. 6127
Attorney for the Defendant